# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES W. McCARRON, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of the | : | |
| Social Security Administration, | : | NO. 11-5914 |
| Defendant | | |

## ORDER

AND NOW, this 31st day of October, 2012, after careful review and independent consideration of Plaintiff's request for review, Defendant's response thereto, Plaintiff's reply thereto, and review of the Report and Recommendation of Carol Sandra Moore Wells, Chief United States Magistrate Judge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**; and

2. Plaintiff's Request for Review is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

_____
MITCHELL S. GOLDBERG, J.